IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **MITCHELL MARINE, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CASE NO.** |
| | * | |
| **SOUTHERN MARINE TOWING AND SALVAGE, LLC, and SHANE O'NEAL** | * | _____ |
| | * | |
| **Defendants,** | * | |

## NOTICE OF REGISTRATION OF FOREIGN JUDGMENT

COMES NOW the Plaintiff, by and through undersigned counsel, requesting that this Court and the Clerk of Court TAKE NOTICE that Plaintiff, Mitchell Marine, Inc., hereby files in the above captioned case Clerk's Certification of a Judgment to be Registered in Another District and certified copy of Default Judgment and Bill of Costs (attached hereto as Exhibit A).

1. Pursuant to 28 U.S.C. § 1963, "[a] judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown."

2. A Final Default Judgment was entered in favor of Plaintiff, against Defendants Southern Marine Towing and Salvage, LLC, and Shane O'Neal in the United States District Court for the Southern District of Mississippi Southern Division (Case 1:19-cv-00450-HSO-JCG), in the amount of $77,702.71, plus costs in the amount of $707.50, and post-judgment interest calculated in accordance with 28 U.S.C. § 1961(1).

3. A Certified Copy of the Final Default Judgment was issued by the Clerk, certifying said judgment against Defendants. (see Exhibit A)

**ROBERTSON, BODOH & NASRALLAH, LLP**
*Attorneys for Plaintiff*

*s/Matthew G. Nasrallah*
Matthew G. Nasrallah
Georgia Bar No. 535200
990 Cobb Parkway North
Suite 205A
Marietta, GA 30062
770-424-1234 (telephone)
770-424-2345 (facsimile)
nasrallah@rbnlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. mail this 2nd day of April, 2020 upon:

Southern Marine Towing and Salvage, LLC
c/o Adam Shane O'Neal, Chief Manager and Member
1379 Cross Street
Fort Oglethorpe, GA 30742

Shane O'Neal
83 East Circle Drive
Rossville, GA 30741

*s/Matthew G. Nasrallah*
Matthew G. Nasrallah
